UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>JUMEL LLOYD,<br><br>                        Defendant. | **ORDER**<br><br>23 Cr. 38-05 (ER) |

Ramos, D.J.:

For the reasons stated on the record at the June 27, 2023 conference, the C.J.A. attorney assigned to this case, Joshua Jacob Horowitz, is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to **Glenn A. Garber**.

It is SO ORDERED.

Dated: New York, New York
       June 27, 2023

                                                                     Edgardo Ramos, U.S.D.J.