UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

      - against -                                         ORDER

JUMEL LLOYD,                                       23 Cr.38 (ER)

                     Defendant.
-------------------------------------------------------X

Ramos, D.J.:

      The Court has granted the defendant Jumel Lloyd's bond application. It is hereby ORDERED that Mr. Lloyd is released from US Marshal and/or BOP custody, subject to any warrants or detainers.

      It is SO ORDERED.

Dated: New York, New York
       January 18, 2024

                                                      Edgardo Ramos, U.S.D.J.